**Appeal Dismissed and Memorandum Opinion filed May 9, 2019**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00282-CR

---

### CHRISTOPHER  KEITH  HANDY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 182nd District Court
Harris County, Texas
Trial Court Cause No. 1481109**

---

### MEMORANDUM  OPINION

After a plea of guilty, appellant was convicted of the felony offense of terroristic threat and sentenced to four years' incarceration on September 29, 2016. Appellant did not file a motion for new trial. Appellant filed a notice of appeal on March 27, 2019.

A defendant's notice of appeal must be filed within 30 days after the day

sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). A notice of appeal that complies with the requirements of Texas Rule of Appellate Procedure 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Appellant did not file a motion for new trial. Any notice of appeal was due on or before October 31, 2016. Appellant's notice of appeal, filed March 27, 2019, is untimely. Accordingly, we lack jurisdiction and dismiss the appeal.


PER CURIAM

Panel consists of Wise, Jewell, and Hassan

Do Not Publish – Tex. R. App. P. 47.2(b)

2